UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MALCOLM RASHAD SHERIDAN, | : | |
| a/k/a MALCOLM R. SHERIDAN, | : | CASE NO. 22-13367-pmm |
| a/k/a MALCOLM SHERIDAN, and | : | |
| SAMANTHA MARIE SHERIDAN, | : | |
| a/k/a SAMANTHA M. SHERIDAN, | : | |
| a/k/a SAMANTHA SHERIDAN | : | |
| Debtors | : | |

## **NOTICE OF MOTION RESPONSE DEADLINE AND HEARING**

Robert J. Kidwell, Esquire, counsel for Debtors, **MALCOLM RASHAD SHERIDAN AND SAMANTHA MARIE SHERIDAN**, have filed a **MOTION TO APPROVE SETTLEMENT AND PAY PERSONAL INJURY COUNSEL**.

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).

1. If you do not want the Court to grant the relief sought in the motion or, if you want the Court to consider your views on the Motion, then on or before **DECEMBER 22, 2023,** you or your attorney must do **ALL** of the following:

    (a) file an objection explaining your position at:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601-4038

    If you mail your objection to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

    (b)     mail a copy to the Movants' attorney:

    Robert J. Kidwell, Esq.
    Attorney for Debtors
    712 Monroe Street, PO Box 511
    Stroudsburg, PA  18360-0511

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b)

above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

       3.      A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge, on January 4, 2024 at 11:00 a.m. in the Fourth Floor Courtroom, United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

       4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

       5.      You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  December 1, 2023                        /s/ Robert J. Kidwell, Esq.
                                                       Robert J. Kidwell, Esq.
                                                       Attorney I.D. No. 80009
                                                       Attorney for Debtors
                                                       712 Monroe Street, PO Box 511
                                                       Stroudsburg, PA  18360-0511
                                                       (570) 421-9090